IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

CHRISTENE B. TOGNARELLI
**Plaintiff**

vs.                                          Case No. 3:11-cv-00891

MORTGAGE ELECTRONIC
RESISTRATIONSYSTEMS, INC;
GUILD MORTGAGE COMPANY;
AND CAL-WESTERN
RECONVEYANCE CORPORATION
**Defendants**                               ORDER REGARDING:

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT CAL-WESTERN RECONVEYANCE CORPORATION'S MOTION TO DISMISS

Comes now Plaintiff CHRISTENE B. TOGNARELLI and through legal counsel, WAYNE M. PRESSEL, requests the Court to extend the time for filing her opposition to the Motion to Dismiss brought by Defendant CAL-WESTERN RECONVEYANCE CORPORATION pursuant to LR6-1 of the Local Rules of Practice for the United States District Court for the District of Nevada. The Defendant's Motion to Dismiss was filed on December 20, 2011, and a response from Plaintiff was due on December 30, 2011. This Motion for Extension of Time to Respond is filed on January 4, 2012, and requests an extension until the end of January 5, 2012.

1

Plaintiff shows the Court that:

1) There have been no previous extensions of time granted to Plaintiff concerning a response to this Motion to Dismiss or to any matter or motion in this case;

2) The basis for this request for extension is excusable neglect in Plaintiff's counsel's error in calendaring and calculating the time for response; and

3) The period of extension is six (6) days causing no delays in the litigation.

WHEREFORE: Plaintiff CHRISTENE TOGNARELLI requests the Court to grant her an extension of time in which to file her response the Defendant's Motion to Dismiss to the end of Thursday, January 5, 2012.

This 4th Day of January 2012.

Respectfully submitted by:

/s/ Wayne M. Pressel
Wayne M. Pressel, Attorney for
Plaintiff Tognarelli

ORDER

Plaintiff's request for an extension of time by which to file her opposition to Cal-Western Reconveyance Corporation's Motion to Dismiss (#3) is DENIED as moot. Per Local Rule 7-2(b), Plaintiff's opposition is not due until January 6, 2012, and she has already filed the opposition on January 5, 2012. IT IS SO ORDERED this 5th day of January, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2